IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL NO. 3:10-CV-406-MOC-DSC

| | |
|---|---|
| GENERAL HOSPITAL SUPPLY CORPORATION, INC., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>VELMED, INC., )<br>)<br>Defendant. )<br>)<br>_____ ) | **ORDER** |

**THIS MATTER** is before the Court on the "Unopposed Motion to Stay Proceedings Pending Reexamination of U.S. Patent No. 7,780,136" (document #30) filed on June 9, 2011.

Finding that the Motion was unopposed and that good reasons exist for granting the requested relief, the Motion is hereby **GRANTED**.

The parties are hereby **ORDERED** to submit a quarterly Joint Status Report, beginning on September 30, 2011, informing the Court as to the progress of the Patent Office Reexamination and to notify the Court immediately upon the issuance of any final decision from the Patent Office regarding the Reexamination of the '136 Patent.

An expedited trial schedule will be entered, if necessary, at the conclusion of the stay. To the extent the Court's schedule permits, trial will be scheduled within six to seven months of the conclusion of the stay.

**SO ORDERED.**

Signed: June 10, 2011

_____
David S. Cayer
United States Magistrate Judge