IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:10CV406-MOC-DSC

| | |
|---|---|
| GENERAL HOSPITAL SUPPLY CORPORATION, INC., ) ) ) Plaintiff, ) ) v. ) ) VELMED, INC., ) ) Defendant. ) | ORDER |

**THIS MATTER** is before the Court on Defendant's "Motion to Lift Stay and For Entry of Summary Judgment In Favor of Velmed," Doc. 34, filed March 8, 2012.

On June 10, 2011, the Court issued an "Order," Doc. 31, staying the litigation during the pendency of the reexamination of U.S. Patent No. 7,780,136 ("'136 Patent") by the United States Patent and Trademark Office. The Order directed the parties to submit quarterly status reports to the Court regarding the reexamination of the '136 Patent and to promptly inform the Court of any final determination by the United States Patent and Trademark Office.

On February 21, 2012, the United States Patent and Trademark Office issued a reexamination certificate for the '136 Patent. Based on this reexamination certificate, Defendant requests that the current stay be lifted. Having considered Defendant's Motion and reviewed the pleadings, the Court enters the following Order.

IT IS ORDERED that Defendant's Motion to Lift Stay, Doc. 34, is GRANTED, and the stay previously entered in this matter is LIFTED. With regard to Defendant's Motion for Entry of Summary Judgment which was included in this Motion, the Clerk is

directed to re-docket this Motion as a Motion for Summary Judgment and send copies of this Order to counsel of record; and to the Honorable Max O. Cogburn, Jr.

**SO ORDERED.**

Signed: March 8, 2012

David S. Cayer
United States Magistrate Judge